# Townsend v. The State.

APPEAL from City Court of Selma.
Tried before the Hon. J. W. MABRY.

No counsel marked for appellant.

WILLIAM C. FITTS, Attorney-General, for the State.

The appellant was indicted and tried for the murder of Fletcher Young, was convicted of murder in the first degree, and sentenced to be hanged.

On appeal it is held 'that the several exceptions reserved to the rulings of the trial court are so well settled upon established principles, that none of them can be sustained; and that, therefore, the judgment and sentence of the city court is affirmed.

Opinion by HARALSON, J.

# *Ex parte* Blalock.

Application for *Habeas Corpus*.

MATTHEWS & WHITESIDE, for petitioner.

WILLIAM C. FITTS, Attorney-General, *contra*.

The proceedings in this case were had before the judge of probate of Calhoun county, on a petition by Albert Blalock, asking for the issuance of a writ of *habeas corpus*. The transcript, which is certified to this court contains merely a report of what transpired before the probate judge. There is no renewal of the petition or any bill of exceptions reserved. The petition is dismissed on the authority of *Ex parte Smith*, 69 Ala. 528.

Opinion by McCLELLAN, J.